JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA L. EAGER,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>  Defendant. | Case No. ED CV 12-1148-SP<br><br>**JUDGMENT** |

  Pursuant to the Memorandum Opinion and Order Dismissing Action for Failure to Prosecute,

  IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: May 10, 2013

_____
SHERI PYM
United States Magistrate Judge